IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABEL JIMENEZ JIMENEZ,<br><br>                Petitioner,<br><br>    v.<br><br>SAMUEL J. OLSON, Field Office Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPT. OF HOMELAND SECURITY, and AARON HANSON, Douglas County Jail Sheriff,<br><br>                Respondents. | 8:25CV533<br><br>ORDER |

        On September 3, 2025, petitioner Abel Jimenez Jimenez ("Jimenez") filed a Petition for Writ of Habeas Corpus (Filing No. 1) alleging that he was "in the physical custody of Respondents" at "the Douglas County Jail in Omaha, Nebraska." Jimenez claimed that respondent Aaron Hanson ("Hanson"), Douglas County Sherriff, had "immediate physical custody" of him because Hanson is employed by the jail "where [Jimenez] is detained."

        On September 5, 2025, Jimenez filed an Emergency Motion for Temporary Restraining Order ("TRO") (Filing No. 7) and argued, among other things, that the respondents were violating Jimenez's due process rights by detaining him "in Douglas County Jail, a facility designed to house and punish convicted criminals." (Filing No. 7-2). On September 11, 2025, the Court denied Jimenez's motion for a TRO but ordered Jimenez to serve his Petition for Writ of Habeas Corpus on the respondents (Filing No. 10).

        Jimenez now asks the Court to dismiss his petition without prejudice so that he can "refile in the proper venue in compliance with 28 U.S.C. § 2241" because Jimenez is actually detained in Iowa and was detained in Iowa at the time he filed his habeas petition

(Filing No. 16). Section 2241 permits the Court to issue a writ of habeas corpus "within [its] respective jurisdiction[]." 28 U.S.C. § 2241. In an affidavit (Filing No. 16-2), Jimenez's counsel reports that he communicated with both counsel for the federal respondents and counsel for the county respondent. Neither oppose dismissal and Jimenez is not within this Court's jurisdiction. Accordingly,

IT IS ORDERED:

1. Petitioner Abel Jimenez Jimenez's Unopposed Motion to Dismiss (Filing No. 16) is granted.
2. This case is dismissed without prejudice.
3. Abel Jimenez Jimenez's duplicative Motion to Dismiss (Filing No. 15) is denied as moot.
4. A separate judgment will issue.

Dated this 26th day of September 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge